IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONIQUE ROBERTS,<br><br>　　Plaintiff,<br><br>v.<br><br>SHREE VINAYAK, LLC D/B/A<br>HILTON GARDEN INN,<br><br>　　Defendant. | Civil Action No.<br><br>1:21-cv-00352-CAP-LTW<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Monique Roberts and Defendant Shree Vinayak, LLC d/b/a Hilton Garden Inn, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

Respectfully submitted this 13th day of April, 2022.

| **BARRETT & FARAHANY** | **FORD & HARRISON LLP** |
|---|---|
| s/ *Matthew C. Billips* | s/ *Abigail J. Larimer* |
| Matthew C. Billips | Jeffrey D. Mokotoff |
| Georgia Bar No. 057110 | Georgia Bar No. 515472 |
| *Attorney for Plaintiff* | Abigail J. Larimer |
| P.O. Box 530092 | Georgia Bar No. 999229 |
| Atlanta, GA 30353 | *Attorneys for Defendant* |
| (404) 214-0120 | 271 17th Street, NW |
| matt@justiceatwork.com | Suite 1900 |
| | Atlanta GA, 30363 |
| | (404) 888-3800 |
| | jmokotoff@fordharrison.com |
| | alarimer@fordharrison.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MONIQUE ROBERTS, | Civil Action No. |
| Plaintiff, | 1:21-cv-00352-CAP-LTW |
| v. | JURY TRIAL DEMANDED |
| SHREE VINAYAK, LLC D/B/A HILTON GARDEN INN, | |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Jeffrey D. Mokotoff
jmokotoff@fordharrison.com
Abigail Larimer
alarimer@fordharrison.com

Respectfully submitted this 13th day of April, 2022.

**BARRETT & FARAHANY**

s/ *Matthew C. Billips*
Matthew C. Billips
Georgia Bar No. 057110

3